

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00104-CV

**IN THE INTEREST OF J.M.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00140
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Intervenors N.S. and G.F.'s motion for immediate issuance of mandate is GRANTED. The mandate in this appeal was issued on November 9, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court